■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG O. COPLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Jefferson County Court, Aylward, J.—attempted burglary, second degree.) Present—Dillon, P. J., Doerr, Green, Balio and Davis, JJ.

■ In the Matter of MAX DIAZ, Petitioner, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously annulled on the law and petition granted *(see, Matter of Lahey v Kelly,* 125 AD2d 923, *lv granted* 69 NY2d 608). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.

■ GABRIELE PASSALACQUA, Respondent, v GERALD TOMKO, Appellant.—Order unanimously reversed on the law without costs and motion granted. Memorandum: Defendant's motion for summary judgment dismissing the complaint should have been granted because plaintiff failed to meet the threshold of Insurance Law § 5102 (d). Subjective complaints of the plaintiff without medical foundation are insufficient to establish a prima facie case of serious injury within the purview of the statute *(Costa v Billingsley,* 127 AD2d 990; *Doyle v Erie County Water Auth.,* 113 AD2d 1016). (Appeal from order of Supreme Court, Ontario County, Henry, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.

■ JOHN ARENA, Appellant, v UTICA DAILY PRESS, Respondent, et al., Defendant. (Appeal No. 1.)—Order and judgment unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, O'Donnell, J. (Appeal from order and judgment of Supreme Court, Oneida County, O'Donnell, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Pine and Lawton, JJ.